IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

AQUAFIL USA, INC.,

    Plaintiff,

v.

KRAUS CARPET, LP, D/B/A
STRUDEX, LP,

    Defendant.

CIVIL ACTION FILE NO.
4:18-CV-0196-HLM

## ORDER

This case is before the Court on the Court's own Motion.

The Court's review of the bankruptcy court records indicates that Kraus Carpet Inc. and certain related entities have filed bankruptcy proceedings in Canada and have filed a Chapter 15 Petition for recognition of those foreign proceedings in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). In re Kraus Carpet Inc., 1:2018bk12507 (Bankr. D. Del. Sept. 11, 2018); In re Kraus Carpet Inc. and Kraus USA Inc., 1:2018bk12059 (Bankr. D. Del. Sept. 11, 2018); In re

Kraus Carpet Inc. and Strudex Inc., 1:2018bk12060 (Bankr. D. Del. Sept. 11, 2018); In re Kraus Carpet Inc. and Kraus Properties Inc., 1:2018bk2061 (Bankr. D. Del. Sept. 11, 2018); In re Kraus Carpet Inc. and Kraus Canada Ltd., 1:2018bk2062 (Bankr. D. Del. Sept. 11, 2018); In re Kraus Carpet Inc. and Kraus Brands Inc., 1:2018bk12064 (Bankr. D. Del. Sept. 11, 2018). In each of those proceedings, the related entities list this action as pending litigation against certain affiliates of the related entities, and contend that their affiliates are entitled to enjoy the benefits of the protections provided under an initial order entered by the Canadian Court in the Canadian proceeding. (Consolidated List Pursuant to Bankruptcy Rule 1007(a)(4) at 2.) Plaintiff is listed as a creditor in each of those proceedings. (Id. Ex. A at 1.) In light of those developments, the Court finds that it is appropriate to stay these proceedings pending notice of an Order from the Bankruptcy Court indicating that the Bankruptcy Court has permitted this action to proceed.

2

ACCORDINGLY, the Court **STAYS** this action pending notice of an Order from the Bankruptcy Court indicating that the Bankruptcy Court has permitted this action to proceed. The Court **DENIES WITHOUT PREJUDICE** Plaintiff's Amended Motion for Preliminary Injunction [6]. Finally, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this action. If the Bankruptcy Court enters an Order permitting this action to proceed, Plaintiff may move to reopen this case.

IT IS SO ORDERED, this the day of September, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE